United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCURRENT VENTURES, LLC, et al., | Case No. 25-cv-09567-JST |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| ADVANCED MICRO DEVICES INC., et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings[1] | December 30, 2025 |
| Disclosures of Asserted Claims, Infringement Contentions, and Accompanying Document Production by Plaintiff (Pat. L.R. 3-1, 3-2) | December 30, 2025 |
| Invalidity Contentions and Accompanying Document Production by Defendants (Pat. L.R. 3-3, 3-4) | February 13, 2026 |
| Damages Contentions by Plaintiff (Pat. L.R. 3-8) | March 9, 2026 |
| Responsive Damages Contentions by Defendant (Pat. L.R. 3-9) | April 8, 2026 |
| Tutorial | April 27, 2026 at 2:00 p.m. |

---

[1] After this deadline, a party may still seek amendment but must demonstrate good cause.  Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Claim construction hearing | May 11, 2026 at 2:00 p.m. |
| Last Day for Damages Contentions Meeting (Pat. L.R. 3-10) | June 8, 2026 |
| Close of Fact Discovery | July 2, 2026 |
| Advice of Counsel Disclosure (Pat. L.R. 3-7) | 30 days after issuance of the Court's claim construction order |

Following claim construction, the Court will conduct a case management conference at which the remaining case deadlines will be set. The Court will also set a schedule at that time for the reduction of infringement claims and invalidity defenses.[2]

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The parties shall meet and confer regarding the format, scope, and content of both the tutorial and the claim construction hearing, including but not limited to the permissible subjects of discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties. They also shall exchange copies of any audio-visual material at least **ten court days** before they intend to use it in court, and shall bring any disputes regarding the format, scope, or content of any tutorial or hearing to the Court's attention at least **five court days** before the tutorial or hearing. The Court will deem as waived any objection raised fewer than five court days before the tutorial or hearing. The parties shall lodge hard copies of their presentation materials with the Court on the day of the tutorial or claim construction hearing and shall provide electronic copies to the Courtroom Deputy.

The Court will reserve no more than 90 minutes on its calendar for the tutorial. The tutorial will not be reported by a court reporter.

At claim construction, the Court will construe only the terms the parties identify in their

United States District Court
Northern District of California

[2] The Court uses the term "invalidity defenses" rather than "prior art references" in light of the October 23, 2024 order issued by the Western District of Texas. *See* ECF No. 52 at 4.

Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the case up to a maximum of 10." Patent Local Rule 4-3(c). The Court will reserve no more than two hours on its calendar for the claim construction hearing, including a brief recess. The Court prefers that the parties proceed term-by-term, with each party providing its views on each term before moving on to the next. The Court's use of time limits means that the parties may not have the opportunity to present oral argument on every term they have submitted for construction, and the parties should prioritize their presentations accordingly.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

**IT IS SO ORDERED.**

Dated:  December 17, 2025

_____

JON S. TIGAR
United States District Judge