Michael Matulewicz-Crowley
  mmc@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965

Christine E. Lehman
  clehman@reichmanjorgensen.com
Adam Adler
  aadler@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Telephone: (202) 894-7310

Courtland L. Reichman (CA Bar No. 268873)
  creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
  jestremera@reichmanjorgensen.com
Laura Carwile (CA Bar No. 291906)
  lcarwile@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Scott Cole
  scole@reichmanjorgensen.com
Ariane S. Mann
  amann@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (650) 623-1401


*Attorneys for Plaintiffs
Concurrent Ventures, LLC and
XtreamEdge, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CONCURRENT VENTURES, LLC AND XTREAMEDGE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC. AND PENSANDO SYSTEMS, INC., <br><br> Defendants. | Case No. 4:25-cv-09567-JST <br><br> **JOINT STIPULATION TO ENLARGE TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS** <br><br> Date:    April 16, 2026 <br> Time:    2:00 p.m. <br> Crtrm.:  6, 2nd Floor (Zoom Webinar) <br><br> Judge:   Honorable Jon S. Tigar |

**STIPULATION AND [~~PROPOSED~~] ORDER**

Pursuant to Civil L.R. 6-1(b) and 6-2, Plaintiffs Concurrent Ventures, LLC and XtreamEdge, Inc. and Defendants Advanced Micro Devices, Inc. and Pensando Systems, Inc. hereby stipulate as follows:

WHEREAS, on January 30, 2026, Defendants filed a Motion to Dismiss Pursuant to 35 U.S.C. § 101 and Fed. R. Civ. P. 12(b)(6) (ECF No. 156);

WHEREAS, Plaintiffs' current deadline to file an opposition to Defendants' Motion is February 13, 2026, and the parties have reached mutual agreement that Plaintiffs' deadline should be extended to February 20, 2026, to give Plaintiffs more time to prepare the opposition;

WHEREAS, Defendants' current deadline to file a reply in support of their Motion is February 20, 2026, and the parties have reached mutual agreement that Defendants' deadline should be extended to March 6, 2026, to give Defendants more time to prepare the reply;

WHEREAS, pursuant to L.R. 6-2(a)(2), the parties disclose the prior time modifications in the case as follows:

Defendants moved for and were granted an extension of time to respond to Plaintiffs' complaint (ECF No. 19);

the parties moved for and were granted an extension of time Plaintiffs to respond to Defendants' motion to dismiss and for Defendants to file a reply (ECF No. 27);

the parties moved for and were granted an extension of time for Plaintiffs to respond to Defendants' motion to transfer and for Defendants to file a reply (ECF No. 34);

Plaintiffs moved for and were granted an extension of time to respond to Defendants' motion to stay (ECF No. 54);

the parties stipulated to and were granted an extension of time for Plaintiffs to respond to Defendants' motion to stay pending determination of inter partes review and for Defendants to file a reply (ECF No. 139);

the parties stipulated to and were granted an extension of time for Defendants to file an answer or other response to the Amended Complaint (ECF No. 148).

WHEREAS the proposed extension will not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, the parties agree that Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss shall be continued from February 13, 2026 to February 20, 2026, and Defendants' time to file a reply in support of their Motion shall be continued from February 20, 2026 to March 6, 2026.

Dated: February 6, 2026

Michael Matulewicz-Crowley
(*pro hac vice* forthcoming)
 mmc@reichmanjorgensen.com
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
650 Fifth Avenue, Suite 2320
New York, NY 10019
Telephone: (212) 381-1965

Christine E. Lehman
(*pro hac vice* forthcoming)
 clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice* forthcoming)
 aadler@reichmanjorgensen.com
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Telephone: (202) 894-7310

Respectfully submitted,

*/s/ Michael Matulewicz-Crowley*

Courtland L. Reichman (CA Bar No. 268873)
 creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
 jestremera@reichmanjorgensen.com
Laura Carwile (CA Bar No. 291906)
 lcarwile@reichmanjorgensen.com
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Scott Cole (*pro hac vice* forthcoming)
 scole@reichmanjorgensen.com
Ariane S. Mann (*pro hac vice* forthcoming)
 amann@reichmanjorgensen.com
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (650) 623-1401

*Attorneys for Plaintiffs*
*Concurrent Ventures, LLC and*
*XtreamEdge, Inc.*

Dated: February 6, 2026                    Respectfully submitted,


                                           /s/ Harper S. Batts
                                           HARPER S. BATTS, SBN 242603
                                           hbatts@sheppardmullin.com
                                           CHRISTOPHER S. PONDER, SBN 296546
                                           cponder@sheppardmullin.com
                                           JEFFREY LIANG, SBN 281429
                                           jliang@sheppardmullin.com
                                           LAI L. YIP, SBN 258029
                                           lyip@sheppardmullin.com
                                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                                           1540 El Camino Real Suite 120
                                           Menlo Park, California 94025-4111
                                           Telephone:    650.815.2600
                                           Facsimile:    650.815.2601


                                           *Attorneys for Advanced Micro Devices, Inc. and Pensando Systems, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: February 10, 2026

JON S. TIGAR
United States District Judge