United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCURRENT VENTURES, LLC, et al., | Case No. 25-cv-09567-JST |
| Plaintiffs, | |
| v. | **ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |
| ADVANCED MICRO DEVICES INC., et al., | Re: ECF No. 197 |
| Defendants. | |

The parties have filed a discovery letter brief.  ECF No. 197.  Discovery disputes in this case are referred to a magistrate judge.  The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed.  The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

**IT IS SO ORDERED**.

Dated: March 27, 2026



JON S. TIGAR
United States District Judge