Michael Matulewicz-Crowley
   mmc@reichmanjorgensen.com
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
650 Park Avenue, Suite 2320
New York, NY 10019
Telephone: (212) 381-1965

Christine E. Lehman
   clehman@reichmanjorgensen.com
Adam Adler
   aadler@reichmanjorgensen.com
Zach Jacobs (*pro hac vice*)
   zjacobs@reichmanjorgensen.com
Stephen P. Bosco (*pro hac vice*)
   sbosco@reichmanjorgensen.com
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Telephone: (202) 894-7310

Courtland L. Reichman (CA Bar No. 268873)
   creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
   jestremera@reichmanjorgensen.com
Laura Carwile (CA Bar No. 291906)
   lcarwile@reichmanjorgensen.com
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Scott Cole
   scole@reichmanjorgensen.com
REICHMAN JORGENSEN
   LEHMAN & FELDBERG LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (650) 623-1401

*Attorneys for Plaintiffs
Concurrent Ventures, LLC and
XtreamEdge, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CONCURRENT VENTURES, LLC AND XTREAMEDGE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC. AND PENSANDO SYSTEMS, INC., <br><br> Defendants. | Case No. 4:25-cv-09567-JST <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE TIME FOR FACT DISCOVERY** <br><br> Judge:    Honorable Jon S. Tigar |

SMRH:4910-7077-9821.1

**STIPULATION AND [~~PROPOSED~~] ORDER**

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiffs Concurrent Ventures, LLC and XtreamEdge, Inc. and Defendants Advanced Micro Devices, Inc. and Pensando Systems, Inc. hereby stipulate as follows:

WHEREAS, the current close of fact discovery is scheduled for July 2, 2026.  Dkt. No. 134;

WHEREAS, the parties have reached mutual agreement to extend the close of fact discovery by two months until August 27, 2026, to allow both sides additional time to complete discovery, including fact depositions;

WHEREAS, the parties have agreed that the last day to serve requests for email pursuant to the parties' ESI Order (Dkt. 153) will be May 29, 2026 and the last day to serve discovery requests will be June 2, 2026 (with the understanding that additional emails requests and discovery requests can only be served after that date for good cause shown);

WHEREAS, the parties have agreed that each party shall serve at least half of their deposition notices no later than June 2, 2026, the remaining deposition notices no later than July 2, 2026 and any third party deposition subpoenas no later than July 2, 2026  (with the understanding that deposition notices and subpoenas can only be served after that date for good cause shown);

WHEREAS, the parties have reached mutual agreement to extend the Last Day for Damages Contentions Meeting (Pat. L.R. 3-10) by three weeks until June 29, 2026;

WHEREAS, pursuant to L.R. 6-2(a)(2), the parties disclose the prior time modifications in the case as follows:

Defendants moved for and were granted an extension of time to respond to Plaintiffs' complaint, Dkt. No. 19;

The parties moved for and were granted an extension of time for Plaintiffs to respond to Defendants' motion to dismiss and for Defendants to file a reply, Dkt. No. 27;

The parties moved for and were granted an extension of time for Plaintiffs to respond to Defendants' motion to transfer and for Defendants to file a reply, Dkt. No. 34;

Plaintiffs moved for and were granted an extension of time to respond to Defendants' motion to stay, Dkt. No. 54;

the parties stipulated to and were granted an extension of time for Plaintiffs to respond to Defendants' motion to stay pending determination of inter partes review and for Defendants to file a reply, Dkt. No. 139;

the parties stipulated to and were granted an extension of time for Defendants to file an answer or other response to the amended complaint, Dkt. No. 148;

the parties stipulated to and were granted an extension of time for Plaintiffs to respond to Defendants' motion to dismiss and for Defendants to file a reply, Dkt. No. 159;

the Court continued the Tutorial Hearing set for April 27, 2026, to June 29, 2026, Dkt. No. 213;

the Court continued the Claim Construction Hearing set for May 11, 2026, to July 13, 2026, Dkt. No. 213.

WHEREAS, the proposed extension would not alter the date of any events or deadlines already fixed by Court order other than the close of fact discovery, which is the subject of the parties' agreed extension;

THEREFORE, the parties respectfully request the Court order the stipulated two-month extension of fact discovery.

SMRH:4910-7077-9821.1

JT. STIP. TO ENLARGE TIME FOR FACT DISCOVERY

Dated: May 21, 2026

Respectfully submitted,

*/s/ Michael Matulewicz-Crowley*

Michael Matulewicz-Crowley (*pro hac vice*)
  mmc@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
650 Fifth Avenue, Suite 2320
New York, NY 10019
Telephone: (212) 381-1965

Christine E. Lehman (*pro hac vice*)
  clehman@reichmanjorgensen.com
Adam Adler (*pro hac vice*)
  aadler@reichmanjorgensen.com
Zach Jacobs (*pro hac vice*)
  zjacobs@reichmanjorgensen.com
Stephen P. Bosco (*pro hac vice*)
  sbosco@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Telephone: (202) 894-7310

Courtland L. Reichman (CA Bar No. 268873)
  creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
  jestremera@reichmanjorgensen.com
Laura Carwile (CA Bar No. 291906)
  lcarwile@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401

Scott Cole
  scole@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701
Telephone: (650) 623-1401
*Attorneys for Plaintiffs
Concurrent Ventures, LLC and
XtreamEdge, Inc.*

Dated: May 21, 2026

Respectfully submitted,

*/s/ Harper S. Batts*
HARPER S. BATTS, SBN 242603
hbatts@sheppardmullin.com
CHRISTOPHER S. PONDER, SBN 296546
cponder@sheppardmullin.com
JEFFREY LIANG, SBN 281429
jliang@sheppardmullin.com
LAI L. YIP, SBN 258029
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
  HAMPTON LLP
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone: 650.815.2600
Facsimile: 650.815.2601

*Attorneys for Advanced Micro Devices, Inc.
  and Pensando Systems, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 28, 2026

_____
The Honorable Jon S. Tigar
United States District Judge

SMRH:4910-7077-9821.1

JT. STIP. TO ENLARGE TIME FOR FACT DISCOVERY