# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CONCURRENT VENTURES, LLC AND XTREAMEDGE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC. AND PENSANDO SYSTEMS, INC., <br><br> Defendants. | Case No. 4:25-cv-09567-JST <br><br> [~~PROPOSED~~] **ORDER REGARDING ADMINISTRATIVE MOTION [DKT. 196] TO FILE UNDER SEAL [L.R. 79-5(f)(3)]** <br><br> Judge:    Magistrate Judge Laurel Beeler |

## [PROPOSED] ORDER

Having considered Plaintiffs' March 25, 2026 Administrative Motion to File Under Seal (ECF No. 196) and Defendants' Statement in support thereof, and good cause appearing therefor, the Court hereby orders that the following portions of Exhibits B, C, E, G, I, J, and K to the Discovery Letter Brief filed by Plaintiffs (ECF No. 197) shall remain under seal, as reflected in the redacted versions of these exhibits filed with Defendants' Statement.

| Portions of Documents to Be Sealed | Basis for Sealing | Ruling |
|---|---|---|
| Exhibit B: excerpts from Defendants' Objections and Responses to Plaintiffs' Interrogatories Nos. 8-10, dated January 27, 2025 at p. 12, 15, and 16. | Defendants' confidential information and/or competitively sensitive business information are found within the highlighted/redacted portions of Exhibit B.  The highlighted/redacted portions of Exhibit B are narrowly tailored to seal only information that is confidential and would create a substantial risk of harm if publicly disclosed. Good cause exists to redact this information because it contains confidential information related to Defendants' customers and competitors, as well as the names of Defendants' employees with knowledge of those matters. Public disclosure of this information risks competitive harm to Defendants. The sealing of this exhibit does not prevent Plaintiffs from pursuing their claims in this case. Accordingly, there is not a less restrictive alternative to redacting this limited information. | |
| Exhibit C: Plaintiffs' Preliminary Rule 3-8 Damages Contentions, dated 3/9/2026 at p. 2 line 19, p. 3 line 17-18, p. 15 line 18. | Defendants' confidential information and/or competitively sensitive business information are found within the highlighted/redacted portions of | |

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION

| | | |
|---|---|---|
| | Exhibit C.  The highlighted/redacted portions of Exhibit C are narrowly tailored to seal only information that is confidential and would create a substantial risk of harm if publicly disclosed. Good cause exists to redact this information because it contains confidential information related to Defendants' products, as well as the identities of companies with whom Defendants have collaborated. Public disclosure of this information risks competitive harm to Defendants. The sealing of this exhibit does not prevent Plaintiffs from pursuing their claims in this case. Accordingly, there is not a less restrictive alternative to redacting this limited information. | |
| Exhibit E:  Document produced by Defendants and bates stamped AMD-CV-0005255 at p. 1-3. | Defendants' confidential information and/or competitively sensitive business information are found within the highlighted/redacted portions of Exhibit E.  The highlighted/redacted portions of Exhibit E are narrowly tailored to seal only information that is confidential and would create a substantial risk of harm if publicly disclosed. Good cause exists to redact this information because it contains confidential product information including quantities and internal identification information related to such products. Public disclosure of this information risks competitive harm to Defendants. The sealing of this exhibit does not prevent Plaintiffs from pursuing their claims in this case. Accordingly, | |

Case No. 4:25-cv-09567-JST

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION

|  |  |  |
|---|---|---|
|  | there is not a less restrictive alternative to redacting this limited information. |  |
| Exhibit G: Zachary L. Jacobs letter to Christopher Ponder, dated December 19, 2025 at p. 2 and 4. | Defendants' confidential information and/or competitively sensitive business information are found within the highlighted/redacted portions of Exhibit G.  The highlighted/redacted portions of Exhibit G are narrowly tailored to seal only information that is confidential and would create a substantial risk of harm if publicly disclosed. Good cause exists to redact this information because it contains confidential information related to Defendants' collaborations with customers on products developed for those customers, as well as confidential information related to Defendants' third-party strategic partnerships. Public disclosure of this information risks competitive harm to Defendants. The sealing of this exhibit does not prevent Plaintiffs from pursuing their claims in this case. Accordingly, there is not a less restrictive alternative to redacting this limited information. |  |
| Exhibit I: Ariane Mann letter to Christopher Ponder, dated February 5, 2026 at p. 4 and 5. | Defendants' confidential information and/or competitively sensitive business information are found within the highlighted/redacted portions of Exhibit I.  The highlighted/redacted portions of Exhibit I are narrowly tailored to seal only information that is confidential and would create a substantial risk of harm if publicly disclosed. Good cause exists to redact this information |  |

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION

| | | |
|---|---|---|
| | because it contains confidential information related to Defendants' benchmarks and tests for their products, including the names of tools used by Defendants for these purposes. Public disclosure of this information risks competitive harm to Defendants. The sealing of this exhibit does not prevent Plaintiffs from pursuing their claims in this case. Accordingly, there is not a less restrictive alternative to redacting this limited information. | |
| Exhibit J: Zachary L. Jacobs letter to Christopher Ponder, dated February 13, 2026 at p. 1, 2, 4,  and 5. | Defendants' confidential information and/or competitively sensitive business information are found within the highlighted/redacted portions of Exhibit J.  The highlighted/redacted portions of Exhibit J are narrowly tailored to seal only information that is confidential and would create a substantial risk of harm if publicly disclosed. Good cause exists to redact this information because it contains confidential information related to Defendants' third-party strategic relationships, tools used for product benchmarks and testing, as well as confidential information related to Defendants' financial tracking. Public disclosure of this information risks competitive harm to Defendants. The sealing of this exhibit does not prevent Plaintiffs from pursuing their claims in this case. Accordingly, there is not a less restrictive alternative to redacting this limited information. | |

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION

| Exhibit K: Document produced by Defendants and bates stamped AMD-CV-0109930 at p. 2-4. | Defendants' confidential information and/or competitively sensitive business information are found within the highlighted/redacted portions of Exhibit K.  The highlighted/redacted portions of Exhibit K are narrowly tailored to seal only information that is confidential and would create a substantial risk of harm if publicly disclosed. Good cause exists to redact this information because it contains confidential product information including nonpublic features and details of such products. Public disclosure of this information risks competitive harm to Defendants. The sealing of this exhibit does not prevent Plaintiffs from pursuing their claims in this case. Accordingly, there is not a less restrictive alternative to redacting this limited information. | |

**IT IS SO ORDERED.**

Dated: June 4, 2026_____

Laurel Beeler
United States Magistrate Judge

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION