United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCURRENT VENTURES, LLC, et al.,<br>Plaintiffs,<br>v.<br>ADVANCED MICRO DEVICES INC., et al.,<br>Defendants. | Case No. 25-cv-09567-JST<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND INFRINGEMENT CONTENTIONS FOR THE '767 PATENT**<br><br>Re: ECF No. 282 |

Patent Local Rule 3-6 allows infringement or invalidity contentions to be amended only by order of the Court or upon a timely showing of good cause. "[T]he good cause inquiry is two-fold, asking: (1) whether the moving party was diligent in amending its contentions; and (2) whether the non-moving party would suffer prejudice if the motion to amend were granted." *Karl Storz Endoscopy-Am., Inc. v. Stryker Corp.*, No. 14-CV-00876-RS (JSC), 2016 WL 2855260, at *3 (N.D. Cal. May 13, 2016). Plaintiffs seek to amend their infringement contentions pertaining to U.S. Pat. No. 9,529,767 ("the '767 Patent"). ECF No. 282. Here, Plaintiffs have demonstrated good cause. They amended their infringement contentions at Defendants' request and Defendants have confirmed that they do not oppose the proposed amendments. *Id.* at 3–4. The motion is granted. ECF No. 282.

**IT IS SO ORDERED.**

Dated: September 8, 2026

JON S. TIGAR
United States District Judge